# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

158358

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 158358
COA: 341506
Wayne CC: 90-010785-FC

GEORGE EDWARD MULLINS, JR.,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 7, 2018 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



t0515

Clerk